UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Chapter 13
IN RE:                                                                         Case No. 116-42239-NHL

RUBEN DE JESUS,

                                      Debtor.
---------------------------------------------------------X

## ORDER DISMISSING CASE

UPON the August 24, 2016 written application of Marianne DeRosa, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on September 14, 2016, the Trustee appeared in support thereof and no one appeared on behalf of the Debtor; and

WHEREAS, the Debtor's proposed plan payment is insufficient to pay secured claims in full as required by 11 U.S.C. §1325(a)(5) and the Debtor's supporting budget, Schedules I and J, does not indicate an ability to increase the plan payments; and

WHEREAS, the Debtor failed to commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1); and

WHEREAS, the Debtor failed to comply with the disclosure requirements of E.D.N.Y. LBR 2003-1; and

WHEREAS, each of the foregoing constitutes cause for dismissal of a Chapter 13 case; it is accordingly

ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.



Dated: October 22, 2016
Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge